UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

HENRY CHIGBU                                CIVIL ACTION

VERSUS                                      NO: 06-4559

ALLSTATE INSURANCE COMPANY                  SECTION: "J" (4)


                              **ORDER**

   Before the Court is Plaintiff's Motion to Remand. (Doc. 6.) The motion is opposed. (Doc. 7.) Plaintiff argues that because he is seeking to recover only $72,516 from Defendant for stolen items covered by his insurance policy, the $75,000 jurisdictional amount necessary to support diversity jurisdiction is not present. Defendant opposes remand by pointing to the other claims for damages in Plaintiff's petition, including loss of the use of his dwelling, loss of enjoyment of his house, excess rental expenses, mental and emotional distress, and a claim for the full policy limit for damage to Plaintiff's house, among others. Defendant has produced the insurance policy as evidence that Plaintiff's home has $92,000 of insurance coverage.

   Defendant bears the burden of proving by a preponderance of the evidence that jurisdiction exists. *De Aguilar v. Boeing Co.*,

47 F.3d 1404, 1412 (5th Cir. 1995). The jurisdictional facts supporting removal are examined as of the time of removal. *Gebbia v. Walmart Stores, Inc.*, 223 F.3d 880, 883 (5th Cir. 2000). When the amount of damages is not specified in the petition, Defendant can rely on the face of the complaint if it is apparent that the amount in controversy is enough. *De Aguilar*, 47 F.3d at 1412. Alternatively, defendant can rely on summary judgment type evidence of facts in controversy that establish the jurisdictional amount. *Id.*

It is facially apparent from the Petition that Plaintiff's claims have put more than $75,000 at issue. This conclusion is bolstered by the homeowners policy produced by Defendant.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 6) is **DENIED.**

New Orleans, Louisiana this the 7th day of November, 2006.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE